**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CTMG, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0605657** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3008 Anderson Drive, Suite 204**<br>**Raleigh, NC 27609** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Wake** | **Location of principal assets, if different from principal place of business** |
| County | **1800 North Greene Street, Suite B Greenville, NC 27834** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.ctmginc.com** |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **CTMG, Inc.**                                                                    Case number (*if known*) _____
_____
         Name

---

**7.    Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **CTMG, Inc.**
_____   Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **CTMG, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2018**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Anton-Lewis Usala**　　　　　　　　　　　　　　**Anton-Lewis Usala**
Signature of authorized representative of debtor　　　　　Printed name

Title　**President**

---

**18. Signature of attorney**

**X** **/s/ Gerald A. Jeutter, Jr. NC State Bar No.**　　　Date **May 22, 2018**
Signature of attorney for debtor　　　　　　　　　　　　　　　MM / DD / YYYY

**Gerald A. Jeutter, Jr. NC State Bar No. 17724**
Printed name

**Gerald A. Jeutter, Jr., Attorney at Law PA**
Firm name

**615 Oberlin Road, Suite 102**
**Post Office Box 12585**
**Raleigh, NC 27605**
Number, Street, City, State & ZIP Code

Contact phone　**919-334-6631**　　　Email address　**jeb@jeutterlaw.com**

**17724 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **CTMG, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 22, 2018**     *X* **/s/ Anton-Lewis Usala**
                                    Signature of individual signing on behalf of debtor

                                      **Anton-Lewis Usala**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name   **CTMG, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................................   $            **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................................................   $       **107,339.00**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...........................................................................................   $       **107,339.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **2,230,382.85**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $          **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **815,823.77**

4.   **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

$    **3,046,206.62**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **CTMG, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BB&T | General Operating Account | 7758 | $19,500.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $19,500.00 |
|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **CTMG, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software See Exhibit A attached hereto. Depreciation schedule is available.** | **Unknown** | | **$67,839.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $67,839.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

---

| Debtor | **CTMG, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

<table>
<tr><td colspan="4"><strong>Part 10:</strong>  Intangibles and intellectual property</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**5 registered trademarks** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites**<br>**Domain name ctmginc.com** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties**<br>**The Company licenses a proprietary business model for managing clinical trials in physician offices from Usala Consulting, Inc. pursuant to that certain Intellectual Property Agreement dated as of March 12, 2004 by and between the Company and Usala Consulting, Inc.** | **Unknown** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Engineered Processes (Standard Operating Procedures, Work Instructions, Policies estimated value to be $3,500,000)** | **Unknown** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
■ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Part 11:</strong>  All other assets</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | **CTMG, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Debtor currently holds, in escrow, $20,000 in a BB&T money market account.  These funds belong to Rox Biomedical for assistance the Debtor was to provide to it** | **$20,000.00** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$20,000.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **CTMG, Inc.**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $67,839.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $20,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $107,339.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $107,339.00 |

| Location | Equipment/Furniture/supplies/etc. | Quantity | Description | Unit Price | Total |
|---|---|---|---|---|---|
| Greenville | 2 drawer Filing cabinets | 39 | | $ 10.00 | $ 390.00 |
| Greenville | Battery backup | 2 | Rack mounted backups | $ 200.00 | $ 400.00 |
| Greenville | Battery backup | 1 | Free standing backups | $ 50.00 | $ 50.00 |
| Greenville | Battery (laptop) | 30 | | $ 5.00 | $ 150.00 |
| Greenville | Blood pressure machines | 2 | | $ 15.00 | $ 30.00 |
| Greenville | Body Comp Analyzer NEW | 1 | | $ 2,600.00 | $ 2,600.00 |
| Greenville | Bookshelves - 5 shelves | 16 | | $ 25.00 | $ 400.00 |
| Greenville | Camera | 1 | TRENDnet TV-IP110 | $ 20.00 | $ 20.00 |
| Greenville | Camera | 1 | CudaCam Bullet IP Camera | $ 100.00 | $ 100.00 |
| Greenville | Centrifuge | 7 | LW Scientific C5 | $ 750.00 | $ 5,250.00 |
| Greenville | Centrifuge | 13 | Horizon miniE | $ 50.00 | $ 650.00 |
| Greenville | Centrifuge | 3 | Clinaseal | $ 50.00 | $ 150.00 |
| Greenville | Chairs (non wheel) | 4 | | $ 15.00 | $ 60.00 |
| Greenville | Computer bags | 16 | | $ 15.00 | $ 240.00 |
| Greenville | Conference Phones | 1 | ClearOne Max, 1 module with 4 speakers | $ 40.00 | $ 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| Greenville | Conference room tables | 2 | 1 broken down in main office, 1 in back conference room | $ 250.00 | $ 500.00 |
| Greenville | Copier toner | 1 | 1 color set | $ 150.00 | $ 150.00 |
| Greenville | Cubicles w/ 2 person desks | 18 | | $ 600.00 | $ 10,800.00 |
| Greenville | Desktop computer | 2 | Dell Inspiron 3647 | $ 40.00 | $ 80.00 |
| Greenville | Desktop computers | 2 | Dell Optiplex 390 | $ 80.00 | $ 160.00 |
| Greenville | Desktop computers | 1 | HP Pro 3500 | $ 50.00 | $ 50.00 |
| Greenville | Computer Monitors | 21 | | $ 50.00 | $ 1,050.00 |
| Greenville | Desk | 2 | L desks with hutch | $ 500.00 | $ 1,000.00 |
| Greenville | Desk | 1 | Desk with hutch | $ 229.00 | $ 229.00 |
| Greenville | Desk | 2 | Office desk with 2 drawers | $ 175.00 | $ 350.00 |
| Greenville | Dolly | 1 | | $ 50.00 | $ 50.00 |
| Greenville | ECG Machine | 6 | Burdick ELI 230 | $ 300.00 | $ 1,800.00 |
| Greenville | Full size refrigerator | 1 | | $ 298.00 | $ 298.00 |
| Greenville | Verizon Hotspots | 5 | | $ 15.00 | $ 75.00 |
| Greenville | Inventory scanner | 1 | WASP scanner | $ 20.00 | $ 20.00 |
| Greenville | iPhone 6 | 30 | | $ 100.00 | $ 3,000.00 |
| Greenville | iPhone SE | 2 | | $ 50.00 | $ 100.00 |
| Greenville | Laptop | 1 | Dell Precision 3510 | $ 200.00 | $ 200.00 |
| Greenville | Laptop | 4 | Dell Lattitude 3440 | $ 40.00 | $ 160.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Greenville | Laptop | 15 | Dell Lattitude E5430 | $ | 60.00 | $ | 900.00 |
| Greenville | Laptop | 2 | Dell Lattitude E5400 | $ | 15.00 | $ | 30.00 |
| Greenville | Laptop | 2 | Dell Precision M2800 | $ | 200.00 | $ | 200.00 |
| Greenville | Laptop | 1 | Dell Precision M4800 | $ | 250.00 | $ | 250.00 |
| Greenville | Laptop | 1 | HP ProBook | $ | 60.00 | $ | 60.00 |
| Greenville | Laminator | 1 | | $ | 20.00 | $ | 20.00 |
| Greenville | large filing cabinets | 12 | | $ | 30.00 | $ | 360.00 |
| Greenville | Locks | 7 | Realtor locks | $ | 20.00 | $ | 140.00 |
| Greenville | Locks | 7 | MasterLock bar locks | $ | 5.00 | $ | 35.00 |
| Greenville | Locks | 7 | Masterlock combination lock | $ | 5.00 | $ | 35.00 |
| Greenville | Medical bed | 1 | | $ | 20.00 | $ | 20.00 |
| Greenville | Metal lock boxes | 5 | | $ | 2.00 | $ | 10.00 |
| Greenville | Metal open shelving | 3 | | $ | 20.00 | $ | 60.00 |
| Greenville | Metal storage cabinets | 16 | HON Brigade | $ | 200.00 | $ | 3,200.00 |
| Greenville | Mini fridges | 4 | | $ | 20.00 | $ | 80.00 |
| Greenville | Network switch | 1 | Dell PowerConnect 2824 | $ | 55.00 | $ | 55.00 |
| Greenville | Network switch | 1 | Linksys SR216 | $ | 16.00 | $ | 16.00 |
| Greenville | Network switch | 1 | Ovislink Ether-FSH2402GT | $ | 30.00 | $ | 30.00 |
| Greenville | Network switch | 1 | Ovislink Ether GSH4T | $ | 10.00 | $ | 10.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Greenville | Network switch | 1 | TRENDnet | $ | 35.00 | $ | 35.00 |
| Greenville | Network switch | 1 | CISCO SF 100D-D5 | $ | 40.00 | $ | 40.00 |
| Greenville | Office Chairs on wheels | 31 | | $ | 30.00 | $ | 930.00 |
| Greenville | Office Phones | 8 | Samsung iDCS 28D | $ | 50.00 | $ | 400.00 |
| Greenville | Older Phones | 29 | BlackBerry X, Motorolos, and other older style phones | $ | 2.00 | $ | 58.00 |
| Greenville | Phone System | 1 | Samsung OfficeServ 7100 | $ | 275.00 | $ | 275.00 |
| Greenville | Projector | 1 | Hitachi CR-X2020 | $ | 45.00 | $ | 45.00 |
| Greenville | RAM (laptop) | 30 | | $ | 3.00 | $ | 90.00 |
| Greenville | Rolling carts | 3 | | $ | 50.00 | $ | 150.00 |
| Greenville | Rolling suitcases | 12 | | $ | 20.00 | $ | 240.00 |
| Greenville | Router | 2 | Netgear Nighthawk | $ | 60.00 | $ | 120.00 |
| Greenville | Samsung Tablet | 2 | Samsung SM-T537V | $ | 20.00 | $ | 40.00 |
| Greenville | Server 1 | 1 | Dell PowerEdge 2850 | $ | 125.00 | $ | 125.00 |
| Greenville | Server 2 | 1 | Dell PowerEdge 2900 | $ | 250.00 | $ | 250.00 |
| Greenville | server cabinet rack | 1 | 72U | $ | 275.00 | $ | 275.00 |
| Greenville | Router | 1 | SonicWall SRA 4600 | $ | 100.00 | $ | 100.00 |
| Greenville | Router | 1 | Sonicwall TZ-2400 | $ | 70.00 | $ | 70.00 |
| Greenville | Spiral binder machine | 1 | | $ | 30.00 | $ | 30.00 |
| Greenville | Surge protectors | 15 | | $ | 10.00 | $ | 150.00 |
| Greenville | Tables | 1 | | $ | 10.00 | $ | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Greenville | Temp Alert - WiFi | 8 | Temperature @lert WiFi Ed. Rev 8-32 644P B | $ 120.00 | $ 960.00 |
| Greenville | Temp Logger | 7 | LogTag UTRIX-16 | $ 5.00 | $ 35.00 |
| Greenville | Vaccine refrigerators | 7 | Tempure Scientific VUCR 5.2-G | $ 300.00 | $ 2,100.00 |
| Greenville | Vacuum | 2 | | $ 20.00 | $ 40.00 |
| Greenville | White boards | 1 | Large white board | $ 50.00 | $ 50.00 |
| Greenville | White boards | 10 | Desk size white board | $ 10.00 | $ 100.00 |
| Greenville | Pipettes  Adjustable volume | 6 | Gilson P20 | $ 297.00 | $ 1,782.00 |
| Greenville | Pipette tips | 2 | bags 1000 200uL | $ 11.00 | $ 22.00 |
| Greenville | Pipette tips | 18 | box 1000 tips | $ 8.00 | $ 144.00 |
| | | | Total | | $ 44,779.00 |

| Location | Equipment/Furniture/supplies/etc. | Quantity | Description | Unit Price | Total |
|---|---|---|---|---|---|
| Raleigh | 2 drawer file cabinets | 7 | | $ 10.00 | $ 70.00 |
| Raleigh | B/P cuff - electronic | 1 | | $ 23.00 | $ 23.00 |
| Raleigh | Body Comp Analyzer (used) | 6 | | $ 1,500.00 | $ 9,000.00 |
| Raleigh | Bookshelves - 5 shelf | 4 | | $ 25.00 | $ 100.00 |
| Raleigh | Conference Phones | 1 | ClearOne Max, 1 module with 2 speakers | $ 40.00 | $ 40.00 |
| Raleigh | Conference room chairs | 10 | | $ 30.00 | $ 300.00 |
| Raleigh | Conference room table | 1 | | $ 500.00 | $ 500.00 |
| Raleigh | Copier | 1 | Bizhub 364e | $ 2,000.00 | $ 2,000.00 |
| Raleigh | Copier toner | 1 | Bizhub 364e 4 color se | $ 200.00 | $ 200.00 |
| Raleigh | cradenza - wooden | 2 | | $ 150.00 | $ 300.00 |
| Raleigh | Desk top organizers | 4 | | $ 3.00 | $ 12.00 |
| Raleigh | Laptops w/o RAM and Ha | 30 | Harddrives destroyed, RAM and Battery removed | $ 10.00 | $ 300.00 |
| Raleigh | Dolly | 1 | | $ 50.00 | $ 50.00 |

| Raleigh | Dry Erase Boards | 3 | | $ | 10.00 | $ | 30.00 |
|---|---|---|---|---|---|---|---|
| Raleigh | Dry ice Polar cooler | 1 | | $ | 250.00 | $ | 250.00 |
| Raleigh | ECG Machines | 3 | Burdick ELI 230 | $ | 300.00 | $ | 900.00 |
| Raleigh | Camera | 1 | TRENDnet TV-IP110 | $ | 20.00 | $ | 20.00 |
| Raleigh | Fireproof cabinet | 1 | | $ | 80.00 | $ | 80.00 |
| Raleigh | Router | 1 | SonicWall TZ215 | $ | 40.00 | $ | 40.00 |
| Raleigh | Folding tables | 5 | | $ | 20.00 | $ | 100.00 |
| Raleigh | Food Refrigerator | 1 | | $ | 298.00 | $ | 298.00 |
| Raleigh | Freezer - 20 - chest | 1 | | $ | 150.00 | $ | 150.00 |
| Raleigh | Freezer -80 - chest | 1 | | $ | 1,000.00 | $ | 1,000.00 |
| Raleigh | Freezer -80 - large | 1 | | $ | 3,000.00 | $ | 3,000.00 |
| Raleigh | Inventory Scanner | 1 | WASP | $ | 20.00 | $ | 20.00 |
| Raleigh | Large 4 drawer file cabinets | 4 | | $ | 20.00 | $ | 80.00 |
| Raleigh | Locks | 6 | Masterlock bar lock | $ | 5.00 | $ | 30.00 |
| Raleigh | Medicine scale | 1 | | $ | 7.00 | $ | 7.00 |
| Raleigh | Metal Storage Cabinet | 4 | HON Brigade | $ | 200.00 | $ | 800.00 |
| Raleigh | microwave | 1 | | $ | 5.00 | $ | 5.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Raleigh | Network switch | 2 | Hawking Technology 24 port 10/100 switch | $ | 35.00 | $ | 70.00 |
| Raleigh | Network switch | 1 | Netgear 5-port 10/100 | $ | 10.00 | $ | 10.00 |
| Raleigh | Network switch | 1 | Catalyst 2900 Cisco | $ | 20.00 | $ | 20.00 |
| Raleigh | Office chairs | 10 | | $ | 30.00 | $ | 300.00 |
| Raleigh | Office Desks | 5 | | $ | 100.00 | $ | 500.00 |
| Raleigh | Office phones | 5 | Samsung iDCS 28D | $ | 50.00 | $ | 250.00 |
| Raleigh | Projector | 1 | Hitachi CR-X2020 | $ | 45.00 | $ | 45.00 |
| Raleigh | Locks | 7 | MasterLock Realtor locks | $ | 20.00 | $ | 140.00 |
| Raleigh | Rolling cart | 1 | | $ | 50.00 | $ | 50.00 |
| Raleigh | Rolling suitcases | 5 | | $ | 20.00 | $ | 100.00 |
| Raleigh | Router | 3 | Netgear Nighthawk | $ | 60.00 | $ | 180.00 |
| Raleigh | Server | 1 | Dell PowerEdge 1950 | $ | 80.00 | $ | 80.00 |
| Raleigh | Storage Shelves | 5 | | $ | 20.00 | $ | 100.00 |
| Raleigh | Temp alerts -wifi | 6 | Temperature@lert WiFi Ed. Rev 8-32 644P B | $ | 120.00 | $ | 720.00 |
| Raleigh | Temp logger | 7 | LogTag UTRIX-16 | $ | 5.00 | $ | 35.00 |
| Raleigh | UBEE router | 1 | | $ | 20.00 | $ | 20.00 |
| Raleigh | Urinalysis Analyzer | 1 | | $ | 150.00 | $ | 150.00 |
| Raleigh | Vaccine Fridge | 1 | Tempure Scientific VUCR 5.2-G | $ | 300.00 | $ | 300.00 |
| Raleigh | Vacuum | 1 | | $ | 20.00 | $ | 20.00 |
| Raleigh | Verizon  hotspots | 3 | | $ | 15.00 | $ | 45.00 |

| Raleigh | Wooden ladder | 1 | | $ 20.00 | $ 20.00 |
|---------|---------------|---|--|---------|---------|
| Raleigh | Older desks | 5 | | $ 40.00 | $ 200.00 |
| | | | | | |
| | | | | | $ 23,060.00 |
| | | | | | |

**Fill in this information to identify the case:**

Debtor name **CTMG, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **BB&T**<br>Creditor's Name<br>**Attn: Managing Agent**<br>**P.O. Box 1847**<br>**Wilson, NC 27894**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**See Exhibit A attached hereto. Depreciation schedule is available.**<br><br>Describe the lien<br>**Non-Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $250,000.00 | $67,839.00 |
| Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **J&M Executive Leasing , LLC**<br>Creditor's Name<br>**Attn: Officer/Managing Agent**<br>**P.O. Box 2978**<br>**Greenville, NC 27836**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Any deficiency under lease agreements**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $4,882.85 | $0.00 |
| Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **CTMG, Inc.**                                               Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its         ☐ Unliquidated
relative priority.                      ☐ Disputed
_____

| 2.3 | **Joseph H. Moglia** | Describe debtor's property that is subject to a lien | $1,975,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**130 Vista Del Mar, #1-502**          **Promissory note and security agreement**
**Myrtle Beach, SC 29572**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**              **Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**     ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**N/A**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply

■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its         ☐ Disputed
relative priority.
_____

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,230,382.85 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **CTMG, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | |
|---|---|
| 2.1  Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | |
|---|---|
| 2.2  Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**Attn:  Bankruptcy Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Total claim **$0.00**  Priority amount **$0.00**

| Debtor | **CTMG, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Securities & Exchange Com.**
**Office of Reorganization**
**950 East Paces Ferry Rd., Ste 900**
**Atlanta, GA 30326-1382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Al R. Chesson**
**108 Academy Street**
**Williamston, NC 27892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Anton-Lewis Usala**
**237 Buckingham Drive**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loans**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anton-Lewis Usuala**
**237 Buckingham Drive**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,797.94 |
|---|---|---|---|

**Ballard Spahr**
**1735 Market Street**
**51st Floor**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2132**

Basis for the claim:  **Services**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barry Wester**
**160 Teach's Cove Road**
**Bath, NC 27808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset?  ☑ No  ☐ Yes

| Debtor | CTMG, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| BB&T<br>Attn: Managing Agent<br>P.O. Box 1847<br>Wilson, NC 27894 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Credit card - Mary Usala | |
| Last 4 digits of account number __4625__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243.14 |
|---|---|---|
| BB&T<br>Attn: Managing Agent<br>P.O. Box 1847<br>Wilson, NC 27894 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Credit card - Stacey Armstrong | |
| Last 4 digits of account number __0892__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,106.91 |
|---|---|---|
| BB&T<br>Attn: Managing Agent<br>P.O. Box 1847<br>Wilson, NC 27894 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Credit Card - Mark Usala | |
| Last 4 digits of account number __7987__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,517.34 |
|---|---|---|
| BB&T<br>Attn: Managing Agent<br>P.O. Box 1847<br>Wilson, NC 27894 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Credit Card - Anton Usala | |
| Last 4 digits of account number __0942__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.59 |
|---|---|---|
| BB&T<br>Attn: Managing Agent<br>P.O. Box 1847<br>Wilson, NC 27894 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Company credit card | |
| Last 4 digits of account number __0975__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Brian and Hedwig Doherty<br>2877 Thornbrook Road<br>Ellicott City, MD 21042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Stockholder | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| C. Tony Griffin<br>1703 Vauxhall Ct.<br>Greenville, NC 27858 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** Stockholder | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **CTMG, Inc.**
_____    Case number *(if known)* _____
Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carolina Benefit Specialists, Inc.**
Attn: Officer/Managing Agent
905 East Arlington Blvd
Greenville, NC 27858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Carolina Internal Medicine, PA**
Attn: Officer/Managing Agent
2460 Emerald Place
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $841.28 |

**CEI—the Digital Office**
Attn: Officer/Managing Agent
8701 Brickell Avenue
Raleigh, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Account__

Last 4 digits of account number __1782__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Charles S. Powell**
594 Lexington Drive
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Clay Weibel**
3778 LaVista Road, Ste 200
Tucker, GA 30084-5607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.15 |

**CopyPro**
Attn: Officer/Managing Agent
3101 Landmark Street
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __04/16/2018__

**Basis for the claim:** __Account__

Last 4 digits of account number __4853__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.35 |

**Culligan of the Triangle**
Attn: Officer/Managing Agent
P.O. Box 11148
Durham, NC 27703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/28/2018__

**Basis for the claim:** __Account__

Last 4 digits of account number __9850__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **CTMG, Inc.** _____  Case number _(if known)_ _____
Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$123.40** |
|---|---|---|---|

**Culligan Water**
Attn: Officer/Managing Agent
1981 W 5th Street
Washington, NC 27889

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/31/2018__

**Basis for the claim:** __Account__

Last 4 digits of account number __0196__

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**D. Paul Shackelford, MD**
1644 Trails End
Greenville, NC 27858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stockholder__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**DaVinci Properties, LLC**
Attn: Officer/Managing Agent
2460 Emerald Place
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stockholder__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Dottie Baker**
126 Soledad Lane
Vanceboro, NC 28586

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Stockholder__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Douglas Hobbs**
348 E. Six Forks Road, Suite 300
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Any deficiency under lease agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$90.00** |
|---|---|---|---|

**Dr. Amy Pitzer**
1432 East Fire Tower Road
Greenville, NC 27858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Principal Investigator payments owed__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,220.00** |
|---|---|---|---|

**Dr. Charles Jahrsdorfer**
3282 Charles Blvd
Greenville, NC 27858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Principal Investigator payments owed__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CTMG, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,075.00**

**Dr. Christopher Hasty**
**Orthopaedics East**
**810 WH Smith Blvd.**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Principal Investigator Payments owed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Dr. Daniel Michalak**
**2500 Horton Blvd SW**
**Wilson, NC 27893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Principal Investigator payments owed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,565.00**

**Dr. Douglas Bunting**
**Boice Wills Clinic**
**901 N Winstead Ave**
**Rocky Mount, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Principal Investigator payments owed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,964.80**

**Dr. Enrique Marana**
**3485 North Main Street**
**Farmville, NC 27828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Principal Investigator Payments owed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Dr. Gwendolyn Knuckles**
**2459 Emerald Place**
**Suite 102**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Principal Investigator payments owed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$405.00**

**Dr. Jeff Hoggard**
**3031 New Bern Avenue**
**Raleigh, NC 27610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Principal Investigator payments owed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,880.00**

**Dr. John John**
**744 Airport Road**
**Kinston, NC 28504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Principal Investigator payments owed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CTMG, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| --- | --- | --- |
| **Dr. Jon Placide** | ☐ Contingent | |
| **2605 Blue Ridge Road** | ☐ Unliquidated | |
| **Raleigh, NC 27607** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Principal Investigator payments owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,653.00** |
| --- | --- | --- |
| **Dr. Joseph Clinton Parker** | ☐ Contingent | |
| **Eastern Nephrology Associates** | ☐ Unliquidated | |
| **970 Newman Road** | ☐ Disputed | |
| **New Bern, NC 28562** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Principal Investigator payments owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
| --- | --- | --- |
| **Dr. Joseph Flynn** | ☐ Contingent | |
| **2608 North Hospital Road** | ☐ Unliquidated | |
| **Goldsboro, NC 27534** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Principal Investigator payments owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,446.00** |
| --- | --- | --- |
| **Dr. Joseph Newman** | ☐ Contingent | |
| **Eastern Nephrology Associates** | ☐ Unliquidated | |
| **970 Newman Road** | ☐ Disputed | |
| **New Bern, NC 28562** | | |
| Date(s) debt was incurred _ | Basis for the claim:  **Principal Investigator payments owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| --- | --- | --- |
| **Dr. Keith Nelson** | ☐ Contingent | |
| **2160 Herbert Court** | ☐ Unliquidated | |
| **Greenville, NC 27834** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Principal Investigator payments owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
| --- | --- | --- |
| **Dr. Lisa Rahangdale** | ☐ Contingent | |
| **112 Perkins Drive** | ☐ Unliquidated | |
| **Chapel Hill, NC 27514** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Principal Investigator payments owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,332.80** |
| --- | --- | --- |
| **Dr. Mark Cervi** | ☐ Contingent | |
| **2460 Emerald Place** | ☐ Unliquidated | |
| **Greenville, NC 27834** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Principal Investigators Payments owed** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **CTMG, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,803.00**

**Dr. Mark Vannorsdall**
**511 Paladin Drive**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Principal Investigator payments owed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,835.00**

**Dr. Michael Casey**
**3604 Bush Street**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Principal Investigator payments owed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,825.00**

**Dr. Natalie Doyle**
**2806 Wooten Blvd SW**
**Suite B**
**Wilson, NC 27893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Principal Investigator payments owed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217.50**

**Dr. Nawaf Atassi**
**608A Airport Road**
**Kinston, NC 28504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Principal Investigator Payments owed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405.00**

**Dr. Nirav Jasani**
**2402 Camden Street, SW**
**Wilson, NC 27893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Principal Investigator payments owed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,585.00**

**Dr. Pankaj Vyas**
**1 Medical Drive**
**Benson, NC 27504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Principal Investigator payments owed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,725.00**

**Dr. Richard Blair**
**Eastern Nephrology Associates**
**970 Newman Road**
**New Bern, NC 28562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Principal Investigator payments owed

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CTMG, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,300.00** |
| --- | --- | --- | --- |

**Dr. Richard Shultzaberger**
**1850 W Arlington Blvd**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Principal Investigator payments owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
| --- | --- | --- | --- |

**Dr. Richard Taft**
**101 Bethesda Drive**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Principal Investigator Payments owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
| --- | --- | --- | --- |

**Dr. Robert Frere**
**2280 Hemby lane**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Principal Investigator payments owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00** |
| --- | --- | --- | --- |

**Dr. Scott Reeg**
**3400 Wake Forrest Road**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Principal Investigator payments owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$755.00** |
| --- | --- | --- | --- |

**Dr. Stephen Kinard**
**740 Sutters Creek Drive**
**Rocky Mount, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Principal Investigators payment owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,575.00** |
| --- | --- | --- | --- |

**Dr. Steven Hamstead**
**3681 North Main Street**
**Farmville, NC 27828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Principal Investigator Payments owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00** |
| --- | --- | --- | --- |

**Dr. William Respess**
**1020 Red Banks Road**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Principal Investigator Payments owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **CTMG, Inc.**
Name

Case number (if known) _____

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eastern Carolina Medical Svcs, PLLC**
Attn: Officer/Managing Agent
2640 Emerald Place
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Stockholder__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward and Sherryl Janosko**
2271 Bel Arbor Place
Wilmington, NC 28403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Stockholder__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward L Birdsong**
450 Cox Road
Vanceboro, NC 28586

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Stockholder__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emily C. Dagher**
7817 Evening Lane
Alexandria, VA 22306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Stockholder__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Equity Trust Co, dba Sterling Trust**
Custodian FBO Steven Powell, MD
594 Lexington Drive
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Stockholder__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Equity Trust Co, dba Sterling Trust**
Custodian FBO Richard Zollinger, MD
P.O. Box 2526
Waco, TX 76702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: __Stockholder__**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.00 |
|---|---|---|---|

**FastMed Urgent Care**
Attn: Officer/Managing Agent
935 Showtell Road, Suite 108
Clayton, NC 27520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/5/2018__

**Basis for the claim: __Account__**

Last 4 digits of account number __7020__

Is the claim subject to offset? ■ No ☐ Yes

---

**Debtor** **CTMG, Inc.**          **Case number** *(if known)* _____

Name

| | |
|---|---|
| **3.62** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **Ferdinand Massari** <br> **33 Crescent Ave.** <br> **Beverly, MA 01915** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Stockholder__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.63** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **Frances W. Hasty** <br> **506 Chesapeake Place** <br> **Greenville, NC 27858** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Stockholder__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.64** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **Frank and Mary Cervi** <br> **168 Foxcroft Lane** <br> **Winterville, NC 28590** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Stockholder__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.65** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **G. R. Chandler, III** <br> **2746 Sawgrass Circle** <br> **Madisonville, KY 42431** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Stockholder__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.66** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **G. Ruffin Chandler, Jr.** <br> **P.O. Box 697** <br> **Madisonville, KY 42431** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Stockholder__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.67** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00** |
| **G. Wayne Hardee** <br> **P.O. Box 924** <br> **Greenville, NC 27835** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Stockholder__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.68** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$170,874.00** |
| **Gemphire Therapeutics** <br> **Attn: Officer/Managing Agent** <br> **17199 N Laurel Park, Suite 401** <br> **Livonia, MI 48152** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Contract__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **CTMG, Inc.**                                                    Case number *(if known)* _____
             Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gerard Fiordalisi**
**38 Durham Road**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Glenn D. Harris and Irma Fiordalisi**
**2553 Rector Corner Road**
**Marshall, NC 28753**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Graham V. Bynum, Jr.**
**901 Daventry Drive**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gregory and Wendy Murphy**
**502 Queen Anne Rd.**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hatteras Properties I, LLC**
**Attn:  Walter Perkins, Manager**
**P.O. Box 1602**
**Greenville, NC 27835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237,023.00 |
|---|---|---|---|

**Ionis Pharmaceuticals, Inc.**
**Attn:  Officer/Managing Agent**
**2855 Gazelle Court**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Contract__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jack R. Bray**
**4222 Rambling Rose Lane**
**Rock Hill, SC 29732**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CTMG, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**James Antinore**
**908 Bremerton Dr.**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**James L. Costello**
**10 Brookhollow Drive**
**Downingtown, PA 19335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**James M. Walker**
**159 Titleist Drive**
**Goldsboro, NC 27530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**James O. Bond**
**1307 Kingsbrook Road**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Jeffrey Hoggard**
**1776 Blue Banks Farm Road**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**John and Carolyn Reed**
**110 Kenilworth Rd.**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Joseph Moglia**
**130 Vista Del Mar, #1-502**
**Myrtle Beach, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Stockholder__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CTMG, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joshua Schwartz**
**1623 Deep Run Road**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathryn and Jeffrey Preuss**
**601 Jordan Drive**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenneth and Helen Pearson**
**400 Oxford Road**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry and Roberta Alligood**
**4271 Colony Square**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,261.68 |
|---|---|---|---|

**LiveVault**
**Attn:  Officer/Managing Agent**
**P.O. Box 101748**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2018**
Last 4 digits of account number  **9930**

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Chandler**
**2620 Club Court**
**Madisonville, KY 42431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maureen and Stephen Flounders**
**1658 Bowtree Drive**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **CTMG, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Michael G. Smith**
**614 Lenox Road**
**Glen Ellyn, IL 60137-4251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Michael Weaver**
**803 Daventry Drive**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Myron Rex Teaney, III**
**608 Ontario Drive**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nick Rudd**
**117 East 29th Street, Apt. CA**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Paul Harris**
**2461 NW 59th Street, Unit 703**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Paul Kopf Profit Sharing Plan**
**Attn:  Paul P. Kopf, Trustee**
**221 Grason Vista Drive**
**Queenstown, MD 21658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Perrin Jones**
**612 Ontario Drive**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **CTMG, Inc.**    Case number *(if known)* _____
_____
Name

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.86** |
|---|---|---|---|

**Physicians East**
**Attn: Officer/Managing Agent**
**1850 W Arlington Blvd**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2017**

**Basis for the claim:  Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,165.32** |
|---|---|---|---|

**Pitt County Development Commission**
**Attn: Officer/Managing Agent**
**111 South Washington Street**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Greenville office rent February - May 2018**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**R. Dennis Steed**
**503 Carnoustie Drive**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Stockholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard and Mary Lovenberg**
**106 York Court**
**Chocowinity, NC 27817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Stockholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Weeks**
**1260 California Street, #4**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Stockholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Roy T. Lilley**
**217 Cedar lane**
**Williamston, NC 27892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Stockholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rudd Family, LLC**
**Attn: Officer/Managing Agent**
**P.O. Box 609**
**Madisonville, KY 42431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Stockholder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **CTMG, Inc.**

Name    Case number *(if known)* _____

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandra Buckman**
**314 Shady Banks Beach Road**
**Washington, NC 27889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandra Jones**
**325 Oxford Road**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Smithwick Enterprises**
**Attn:  Officer/Managing Agent**
**1589 West 5th Street**
**Washington, NC 27889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Prince**
**286 Madison Avenue, Suite 1705**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Super Shred**
**Attn:  Officer/Managing Agent**
**311 Stanton Road**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2018**

Last 4 digits of account number _

Basis for the claim:  **Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Rudd Family - Allen Rudd**
**P. O. Box 609**
**Madisonville, KY 42431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Theresa Holley**
**1699 Scarborough Road**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **CTMG, Inc.** _____ Case number *(if known)* _____
Name

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170,000.00** |
|---|---|---|---|

**TheVax Genetics Vaccine, Inc.**
**c/o Aaron Thalwitzer, Esquire**
**257 N. Orlando Ave.**
**Cocoa Beach, FL 32931**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Contract__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Thompson D. Litchfield, Jr.**
**407 Camellia Drive**
**Washington, NC 27889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.30** |
|---|---|---|---|

**Vidant Medical Center**
**Attn: Officer/Managing Agent**
**2100 Stantonsburg Road**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/24/2017__

**Basis for the claim:** __Account__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Walter J. Newman**
**408 Wexford Place**
**New Bern, NC 28562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William D. Respess**
**2073 Cornerstone Drive**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William F. Rienhoff IV**
**913 Drohomer Place**
**Baltimore, MD 21210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**William Gerber**
**13252 Bedford Ave.**
**Omaha, NE 68164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **CTMG, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Novotny**
**2301 Autumn Chase Court**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William S. Corbitt, III**
**1609 East 5th Street**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William W. & Linda H. Bolt, JTWROS**
**209 Crow Hill Road**
**Troy, AL 36081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,437.41 |
|---|---|---|---|

**Windstream Communications**
**Attn:  Officer/Managing Agent**
**1290 E Arlington Blvd, #105**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zane Buckman**
**322 Isabella Avenue**
**Washington, NC 27889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Stockholder__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Pitt Co. Attorney, Janis Gallagher**<br>**1717 W. 5th Street**<br>**Greenville, NC 27834** | Line  __3.98__<br><br>☐  Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 815,823.77 |

---

Debtor    **CTMG, Inc.**
_____
Name

Case number (*if known*) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **815,823.77**

5/22/18 12:53PM

| Fill in this information to identify the case: |
| --- |
| Debtor name **CTMG, Inc.** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for Suite 220, Anderson Plaza West, 3008 Anderson Drive, Raleigh, NC** State the term remaining **2 months** List the contract number of any government contract | **Douglas M. Hobbs 343 E. Six Forks road, Suite 204 Raleigh, NC 27609** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Lease of 2 Minolta Bizhub printers/copiers** State the term remaining **18 months** List the contract number of any government contract | **J&M Executive Leasing , LLC Attn:  Officer/Managing Agent P.O. Box 2978 Greenville, NC 27836** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest **Lease of KM Bizhub C5543** State the term remaining **Unknown** List the contract number of any government contract | **J&M Executive Leasing , LLC Attn:  Officer/Managing Agent P.O. Box 2978 Greenville, NC 27836** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest **Lease Agreement for office space at 1800 North Greene Street, Greenville, NC** State the term remaining **5 months** List the contract number of any government contract | **Pitt County c/o Pitt County Development Comm P.O. Box 837 Greenville, NC 27835** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **CTMG, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                             *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City        State        Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City        State        Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City        State        Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City        State        Zip Code | | | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **CTMG, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **4/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other    **Clinical trial revenue** | **$0.00** |
| **For prior year:** From **4/01/2017** to **3/31/2018** | ☐ Operating a business<br>■ Other    **Clinical trial revenue** | **$523,000.00** |
| **For year before that:** From **4/01/2016** to **3/31/2017** | ☐ Operating a business<br>■ Other    **Clinical trial revenue** | **$1,626,152.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
| --- | --- | --- | --- |

Debtor    **CTMG, Inc.**                                              Case number *(if known)*_____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **BB&T**<br>**Attn: Managing Agent**<br>**P.O. Box 1847**<br>**Wilson, NC 27894** | **March 21, 2018 and April 18, 2018** | **$14,845.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.2.** **Blue Cross Blue Shield**<br>**Attn: Officer/Managing Agent**<br>**P.O. Box 580017**<br>**Charlotte, NC 28258-0017** | | **$22,655.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.3.** **USI Insurance - D&O** | | **$11,715.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.4.** **Towne Insurance Company** | | **$10,513.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.5.** **Hobbs Properties** | | **$6,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| **3.6.** **Smith Anderson** | | **$50,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Attorney's fees** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** **See Exhibit C** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **CTMG, Inc.**                                          Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **The Vax Genetics Vaccine, Inc., Plaintiff vs CTMG, Inc., Defendant**<br>**05-2018-CA-019850** | **Breach of Contract** | **Circuit Court of Eighteenth Judicial Cir**<br>**Brevard Co.,  Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**

---

| Debtor | **CTMG, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gerald A. Jeutter, Jr. Attorney at Law P.O. Box 12585 Raleigh, NC 27605** | | | **$7,500.00** |
| | **Email or website address jeb@jeutterlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3008 Anderson Drive Suite 220 Raleigh, NC 27609** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor __CTMG, Inc.__                                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐   No.

■   Yes. State the nature of the information collected and retained.

**Social Security Numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **CTMG Retirement Plan** | EIN:  **223592** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **CTMG, Inc.**                                                          Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **LiveVault**<br>**Attn: Officer/Managing Agent**<br>**P.O. Box 101748**<br>**Pasadena, CA 91189** | **Debtor** | **LiveVault provides download and backup of CTMG's servers (containing all information, including patient Protected Health Information** | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

Debtor   **CTMG, Inc.**

Case number *(if known)*

---

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Hughes Pittman and Gupton**<br>**1500 Sunday Drive**<br>**Suite 300**<br>**Raleigh, NC 27607** | **2009 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anton-Lewis Usala | 237 Buckingham Drive<br>Winterville, NC 28590 | President | 13.61% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jim Antinore | 908 Bremerton Dr.<br>Greenville, NC 27858 | Treasurer | .38% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mary Usala | 237 Buckingham Dr.<br>Winterville, NC 28590 | Corporate Secretary | .38% |

Debtor    **CTMG, Inc.**                                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|-----------------------|
| Rob Weeks | 1260 California St. #4<br>San Francisco, CA 94109 | Board member | .42% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|-----------------------|
| Nicholas Rudd | 117 East 29th St. Apt CA<br>New York, NY 10016 | Board member | .26% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|-----------------------|
| Ferdinand Massari | 33 Crescent Ave<br>Beverly, MA 01915 | Board member | .57% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|-----------------------|
| Joe Moglia | \| 103 Vista Del mar, #1-502<br>Myrtle Beach, SC 29572 | Shareholder | 58.95% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|-----------------------|
| Mark Usala | 6311 Terra Verde Drive  Apt 211<br>Raleigh, NC 27609 | | .42% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|-----------------------|
| See Exhibit B | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor      **CTMG, Inc.** _____      Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May 22, 2018** _____

**/s/ Anton-Lewis Usala** _____       **Anton-Lewis Usala** _____
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor      **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**CTMG, INC.**

**Capitalization Chart**
**February 2, 2018**

| Holder of Securities | Common Stock | | | | Preferred Stock | | | | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Stock | Options (2004 Plan) | Options (2014 Plan) | Warrants | Series A | Series B | Series C | Series D | Series E | Shares | Ownership |
| Alligood, Larry L. and Roberta L., as tenants by the entireties | | | | | 25,000 | | | | | 25,000 | 0.10% |
| Antinore, James K. | | 25,000 | | | | | | | 75,000 | 100,000 | 0.38% |
| Armstrong, Stacy | | | 37,000 | | | | | | | 37,000 | 0.14% |
| Baker, Dottie | 200 | | | | | | | | | 200 | 0.00% |
| Birdsong, Edward L. | | | | | | 25,000 | | | | 25,000 | 0.10% |
| Bolt, William W. and Linda Howard Bolt, JTWROS | | | | | | | 50,000 | | | 50,000 | 0.19% |
| Bond, James O. | | | 12,000 | | 25,000 | | | | | 37,000 | 0.14% |
| Bray, Jack R. | | | 12,000 | | | | 20,000 | | | 32,000 | 0.12% |
| Bray, Jack and Therese Bray, Joint Tenants with Rights of Survivorship | | | | | | 779 | | 4,986 | 18,181 | 23,946 | 0.09% |
| Buck, Linda | | | 30,000 | | | | | | | 30,000 | 0.11% |
| Buckman, Sandra S. | | | | | | 10,000 | | | | 10,000 | 0.04% |
| Buckman, Zane | | | | | | 25,000 | | | | 25,000 | 0.10% |
| Byrum, Jr., Graham V. | | | 12,000 | | | 2,000 | 15,000 | 6,579 | | 35,579 | 0.14% |
| Cameron-Hubbard, Nancy | | | 18,000 | | | | | | | 18,000 | 0.07% |
| Carolina Benefit Specialist, Inc. | | | | | | 25,000 | | | | 25,000 | 0.10% |
| Carolina Internal Medicine, PA | | | | | | | 25,000 | | | 25,000 | 0.10% |
| Cervi, Frank | | 12,500 | | | | | | | | 12,500 | 0.05% |
| Cervi, Frank R. and Mary C. Cervi, Joint Tenants with Rights of Survivorship | | | | | | 25,000 | | | | 25,000 | 0.10% |
| Cervi, Mark, M.D. | | 50,000 | | | | | | | | 50,000 | 0.19% |
| Cervi, Mary C. | | 12,500 | | | | | | | | 12,500 | 0.05% |
| Chandler, Mary L. | | | | | | | | 30,000 | | 30,000 | 0.11% |
| Chandler, Jr., G. Ruffin | | | | | | | | 30,000 | 90,000 | 120,000 | 0.46% |
| Chandler, III, G. R. | | | | | | | | 5,000 | | 5,000 | 0.02% |
| Corbitt, William S., III | | 10,000 | | 12,000 | 50,000 | 779 | | 4,986 | 22,727 | 100,492 | 0.38% |
| Costello, James L. | | | | | 25,000 | | | | | 25,000 | 0.10% |
| Dagher, Emily C. | | | | | | | | 5,000 | | 5,000 | 0.02% |
| DaVinci Properties, LLC | | | | | | | 24,000 | | | 24,000 | 0.09% |
| Doherty, Brian J. and Hedwig. T, as tenants by the entireties | | | | | 25,000 | | | | | 25,000 | 0.10% |

Case 18-02580-5-SWH Doc 1 Filed 05/22/18 Entered 05/22/18 12:55:04 Page 54

| Holder of Securities | Common Stock | | | | Preferred Stock | | | | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Stock | Options (2004 Plan) | Options (2014 Plan) | Warrants | Series A | Series B | Series C | Series D | Series E | Shares | Ownership |
| Eastern Carolina Medicine Services, PLLC | | | | | | 10,000 | | | | 10,000 | 0.04% |
| Fiordalisi, Gerard | | | | | 25,000 | 25,000 | | | | 50,000 | 0.19% |
| Furman, Nicole | | | 40,000 | | | | | | | 40,000 | 0.15% |
| Gerber, William J. | | 180,000 | | | | | 150,000 | | 100,000 | 430,000 | 1.64% |
| Griffin, C. Tony | | | | | 50,000 | | | 25,000 | | 75,000 | 0.29% |
| Hall, Janis | | | 60,000 | | | | | | | 60,000 | 0.23% |
| Harris, Glenn and Irma Fiordalisi, as tenants by the entireties | | | | | 36,000 | 5,000 | | | 37,272 | 78,272 | 0.30% |
| Harris, Paul | | | | | | | | | 100,000 | 100,000 | 0.38% |
| Hasty, Frances W. | | | | | 25,000 | | | | | 25,000 | 0.10% |
| Hatteras Properties I, LLC | | | | | 25,000 | 1,500 | | | | 26,500 | 0.10% |
| Hill, Jr., Myron T. | | 25,000 | | | | | | | | 25,000 | 0.10% |
| Hoggard, Jeffrey G. | | 10,000 | | 12,000 | 50,000 | 5,779 | 25,000 | | | 102,779 | 0.39% |
| Holland, David | | | 37,000 | | | | | | | 37,000 | 0.14% |
| Holley, Theresa | | | | 12,000 | | 25,000 | | | 22,727 | 59,727 | 0.23% |
| Janosko, Edward O. and Sherryl P., as tenants by the entireties | | | | | 25,000 | | | | | 25,000 | 0.10% |
| Jones, Perrin W. | | | | | | 25,000 | 25,000 | | | 50,000 | 0.19% |
| Jones, Sandra M. | | | | | 25,000 | | | | | 25,000 | 0.10% |
| Paul P. Kopf Profit Sharing Plan FBO Paul P. Kopf | | | | | 25,000 | | | | | 25,000 | 0.10% |
| LeFrancois, Alain | | | 8,000 | | | | | | | 8,000 | 0.03% |
| Leonhardt, Gary, M.D. | | 75,000 | | | | | | | | 75,000 | 0.29% |
| Litchfield, Thompson D., Jr. | | | | | 25,000 | | | | | 25,000 | 0.10% |
| Lovenberg, Richard M. and Mary F., as tenants by the entireties | | | | | 10,000 | | | | | 10,000 | 0.04% |
| Massari, Ferd | | 100,000 | | | | | | | 50,000 | 150,000 | 0.57% |
| Moglia, Joseph H. | 2,166,667 | | | 100,000 | 139,000 | 524,773 | 1,800,000 | 947,539 | 5,085,699 | 10,763,678 | 40.98% |
| Moglia [Joe Moglia GRAT No. 59] | | | | | | | | | 4,625,770 | 4,625,770 | 17.61% |
| Moye, Terri | | | 45,000 | | | | | | | 45,000 | 0.17% |
| Murphy, Gregory F. and Wendy S., as tenants by the entireties | | | | | 50,000 | | | | | 50,000 | 0.19% |
| Newman, William J. | | | | | 50,000 | | | | | 50,000 | 0.19% |
| Novotny, William | | | | | | 22,000 | | | | 22,000 | 0.08% |
| Owens, Karen Denise | | 35,000 | | | | | | | | 35,000 | 0.13% |
| Parris, Brian | | | 40,000 | | | | | | | 40,000 | 0.15% |
| Pearson, Kenneth C. and Helen S., as tenants by the entireties | | | | | 50,000 | | | | | 50,000 | 0.19% |

Case 18-02580-5-SWH Doc 1 Filed 05/22/18 Entered 05/22/18 12:55:04 Page 55

| Holder of Securities | Common Stock | | | | Preferred Stock | | | | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Stock | Options (2004 Plan) | Options (2014 Plan) | Warrants | Series A | Series B | Series C | Series D | Series E | Shares | Ownership |
| Powell [Equity Trust Company, d.b.a. Sterling Trust, Custodian FBO: "C. Steven Powell, M.D., Acct.: 407127"] | | | | | | | 160,000 | | | 160,000 | 0.61% |
| Powell, Charles S. | | 100,000 | | | 50,000 | | 150,000 | | | 300,000 | 1.14% |
| Preuss, Kathryn M. and Jeffrey L. Preuss, Joint Tenants with Rights of Survivorship | | | | | | 60,000 | | | | 60,000 | 0.23% |
| Prince, Steven | | | | | 50,000 | 50,000 | | | | 100,000 | 0.38% |
| Reed, John D. and Carolyn S., as tenants by the entireties | | | | | 25,000 | | | | | 25,000 | 0.10% |
| Respess, William D. | | | | | | 25,000 | | | | 25,000 | 0.10% |
| Rienhoff, William F., IV | | | | | 25,000 | | | | | 25,000 | 0.10% |
| Rudd Family, LLC | | | | | | | 50,000 | | 227,273 | 277,273 | 1.06% |
| Rudd, Nicholas | | | | | | | | | 68,181 | 68,181 | 0.26% |
| Schwartz, Joshua | | | | | | | 50,000 | 6,000 | | 56,000 | 0.21% |
| Seymour, Peter | | | | | | | | | | 0 | 0.00% |
| Shackelford, D. Paul, M.D. | | | | | 35,000 | 15,000 | | | | 50,000 | 0.19% |
| Smith, Michael G. | | 200,000 | | | | 100,000 | 100,000 | | | 400,000 | 1.52% |
| Smithwick Enterprises | | | | | 20,000 | | | | | 20,000 | 0.08% |
| Steed, Jason (JT) | | | 27,000 | | | | | | | 27,000 | 0.10% |
| Steed, R. Dennis | | 10,000 | 90,000 | 12,000 | 50,000 | | | | 30,000 | 192,000 | 0.73% |
| Teaney III, Myron Rex | | 50,000 | | | | 25,390 | | | | 75,390 | 0.29% |
| Usala, Anton-Lewis | 2,500,000 | 10,000 | 1,035,708 | | | | | | 30,000 | 3,575,708 | 13.61% |
| Usala, Mark | | | 110,000 | | | | | | | 110,000 | 0.42% |
| Usala, Mary | | | 100,000 | | | | | | | 100,000 | 0.38% |
| Voting Trust [William S. Corbitt, III, Jeffrey Hoggard and R. Dennis Steed, as Trustees under that Certain Voting Trust Agreement, dated October 1, 2010] | | | | | 275,000 | | | | | 275,000 | 1.05% |
| Walker, James M. | | | | | | | 55,000 | | 272,728 | 327,728 | 1.25% |
| Weaver, Michael F. | | | | | 50,000 | | | | | 50,000 | 0.19% |
| Weeks, Robert | | | | | | | | | 113,636 | 113,636 | 0.43% |
| Weibel, Clay M. | | | | 12,000 | 50,000 | | | 4,910 | | 66,910 | 0.25% |
| Wester, Barry D. | | | | | 25,000 | | | | | 25,000 | 0.10% |
| Zollinger [Equity Trust Company, d.b.a. Sterling Trust, Custodian FBO: "Richard Zollinger, M.D., Acct.: 401033"] | | | | | | | 300,000 | | | 300,000 | 1.14% |

Case 18-02580-5-SWH   Doc 1   Filed 05/22/18   Entered 05/22/18 12:55:04   Page 56 of

| Holder of Securities | Common Stock | | | Warrants | Preferred Stock | | | | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Stock | Options (2004 Plan) | Options (2014 Plan) | | Series A | Series B | Series C | Series D | Series E | Shares | Ownership |
| 2014 Plan Unallocated Stock Options | | | 1,333,000 | | | | | | | 1,333,000 | 5.08% |
| **TOTALS** | **4,666,867** | **905,000** | **3,010,708** | **196,000** | **1,500,000** | **997,000** | **3,020,000** | **1,000,000** | **#########** | **26,264,769** | **100.00%** |

| Reconciliation of Authorized Shares | | | |
|---|---|---|---|
| Type of Stock | Authorized | Outstanding/ Reserved | Available |
| Common Stock | 30,000,000 | 26,264,769 | 3,735,231 |
| Series A Preferred Stock | 1,500,000 | 1,500,000 | - |
| Series B Preferred Stock | 997,000 | 997,000 | - |
| Series C Preferred Stock | 3,020,000 | 3,020,000 | - |
| Series D Preferred Stock | 1,000,000 | 1,000,000 | - |
| Series E Preferred Stock | 13,636,364 | 10,969,194 | 2,667,170 |

| Name | Item | Payment |
|------|------|---------|
| Anton Usala | Dell 6800 Laptop Computer | $ 250.00 |
| Mary Usala | Dell Precision M3510 Laptop Computer | $ 200.00 |
| Mary Usala | 24 inch Computer Monitor | $ 50.00 |
| Mary Usala | Metal Open Shelving | $ 20.00 |
| Andrew Hoffman | Dell Precision M3510 Laptop Computer | $ 200.00 |
| Janis Hall | 1 -2 drawer filing cabinet | $ 10.00 |
| Janis Hall | 1- 5 shelf bookcase | $ 25.00 |
| Janis Hall | 2 mini fridges $20/ each | $ 40.00 |
| Janis Hall | office chair on wheels | $ 30.00 |
| Janis Hall | small brown table | $ 10.00 |
| Nicole Steed | Fire Cabinet | $ 80.00 |
| Nicole Steed | 2-Metal Open shelving $20/ each | $ 40.00 |
| Nicole Steed | Small Refrigerator | $ 20.00 |
| Max Crotts | Fire Cabinet | $ 80.00 |
| Terri Moye | mini fridge | $ 20.00 |
| Terri Moye | 2- Metal open shelving  $20/ each | $ 40.00 |
| Mark Usala | Dell Precision M2800 Laptop computer | $ 200.00 |
| Brian Parris | Dell Precision 3510 Laptop Computer | $ 200.00 |
| **Total:** | | **$ 1,515.00** |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **CTMG, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 22, 2018**

Date

**/s/ Gerald A. Jeutter, Jr. NC State Bar No.**
**Gerald A. Jeutter, Jr. NC State Bar No. 17724**
*Signature of Attorney*
**Gerald A. Jeutter, Jr., Attorney at Law PA**
**615 Oberlin Road, Suite 102**
**Post Office Box 12585**
**Raleigh, NC 27605**
**919-334-6631  Fax: 919-833-9793**
**jeb@jeutterlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re __CTMG, Inc._____    Case No. _____

_____ Debtor(s)    Chapter    __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __May 22, 2018_____        __/s/ Anton-Lewis Usala_____
                                                  **Anton-Lewis Usala**/President
                                                  Signer/Title

Al R. Chesson
108 Academy Street
Williamston, NC 27892

Carolina Internal Medicine, PA
Attn:  Officer/Managing Agent
2460 Emerald Place
Greenville, NC 27834

Dottie Baker
126 Soledad Lane
Vanceboro, NC 28586

Anton-Lewis Usala
237 Buckingham Drive
Winterville, NC 28590

CEI—the Digital Office
Attn:  Officer/Managing Agent
8701 Brickell Avenue
Raleigh, NC 27617

Douglas Hobbs
348 E. Six Forks Road, Suite 300
Raleigh, NC 27609

Anton-Lewis Usuala
237 Buckingham Drive
Winterville, NC 28590

Charles S. Powell
594 Lexington Drive
Greenville, NC 27834

Douglas M. Hobbs
343 E. Six Forks road, Suite 204
Raleigh, NC 27609

Ballard Spahr
1735 Market Street
51st Floor
Philadelphia, PA 19103

Clay Weibel
3778 LaVista Road, Ste 200
Tucker, GA 30084-5607

Dr. Amy Pitzer
1432 East Fire Tower Road
Greenville, NC 27858

Barry Wester
160 Teach's Cove Road
Bath, NC 27808

CopyPro
Attn:  Officer/Managing Agent
3101 Landmark Street
Greenville, NC 27834

Dr. Charles Jahrsdorfer
3282 Charles Blvd
Greenville, NC 27858

BB&T
Attn:  Managing Agent
P.O. Box 1847
Wilson, NC 27894

Culligan of the Triangle
Attn:  Officer/Managing Agent
P.O. Box 11148
Durham, NC 27703

Dr. Christopher Hasty
Orthopaedics East
810 WH Smith Blvd.
Greenville, NC 27834

Brian and Hedwig Doherty
2877 Thornbrook Road
Ellicott City, MD 21042

Culligan Water
Attn:  Officer/Managing Agent
1981 W 5th Street
Washington, NC 27889

Dr. Daniel Michalak
2500 Horton Blvd SW
Wilson, NC 27893

C. Tony Griffin
1703 Vauxhall Ct.
Greenville, NC 27858

D. Paul Shackelford, MD
1644 Trails End
Greenville, NC 27858

Dr. Douglas Bunting
Boice Wills Clinic
901 N Winstead Ave
Rocky Mount, NC 27804

Carolina Benefit Specialists, Inc.
Attn:  Officer/Managing Agent
905 East Arlington Blvd
Greenville, NC 27858

DaVinci Properties, LLC
Attn:  Officer/Managing Agent
2460 Emerald Place
Greenville, NC 27834

Dr. Enrique Marana
3485 North Main Street
Farmville, NC 27828

Dr. Gwendolyn Knuckles
2459 Emerald Place
Suite 102
Greenville, NC 27834

Dr. Mark Cervi
2460 Emerald Place
Greenville, NC 27834

Dr. Richard Taft
101 Bethesda Drive
Greenville, NC 27834

Dr. Jeff Hoggard
3031 New Bern Avenue
Raleigh, NC 27610

Dr. Mark Vannorsdall
511 Paladin Drive
Greenville, NC 27834

Dr. Robert Frere
2280 Hemby lane
Greenville, NC 27834

Dr. John John
744 Airport Road
Kinston, NC 28504

Dr. Michael Casey
3604 Bush Street
Raleigh, NC 27609

Dr. Scott Reeg
3400 Wake Forrest Road
Raleigh, NC 27609

Dr. Jon Placide
2605 Blue Ridge Road
Raleigh, NC 27607

Dr. Natalie Doyle
2806 Wooten Blvd SW
Suite B
Wilson, NC 27893

Dr. Stephen Kinard
740 Sutters Creek Drive
Rocky Mount, NC 27804

Dr. Joseph Clinton Parker
Eastern Nephrology Associates
970 Newman Road
New Bern, NC 28562

Dr. Nawaf Atassi
608A Airport Road
Kinston, NC 28504

Dr. Steven Hamstead
3681 North Main Street
Farmville, NC 27828

Dr. Joseph Flynn
2608 North Hospital Road
Goldsboro, NC 27534

Dr. Nirav Jasani
2402 Camden Street, SW
Wilson, NC 27893

Dr. William Respess
1020 Red Banks Road
Greenville, NC 27858

Dr. Joseph Newman
Eastern Nephrology Associates
970 Newman Road
New Bern, NC 28562

Dr. Pankaj Vyas
1 Medical Drive
Benson, NC 27504

Eastern Carolina Medical Svcs, PL
Attn:  Officer/Managing Agent
2640 Emerald Place
Greenville, NC 27834

Dr. Keith Nelson
2160 Herbert Court
Greenville, NC 27834

Dr. Richard Blair
Eastern Nephrology Associates
970 Newman Road
New Bern, NC 28562

Edward and Sherryl Janosko
2271 Bel Arbor Place
Wilmington, NC 28403

Dr. Lisa Rahangdale
112 Perkins Drive
Chapel Hill, NC 27514

Dr. Richard Shultzaberger
1850 W Arlington Blvd
Greenville, NC 27834

Edward L Birdsong
450 Cox Road
Vanceboro, NC 28586

Emily C. Dagher
7817 Evening Lane
Alexandria, VA 22306

G. Wayne Hardee
P.O. Box 924
Greenville, NC 27835

J&M Executive Leasing , LLC
Attn:  Officer/Managing Agent
P.O. Box 2978
Greenville, NC 27836

Equity Trust Co, dba Sterling Trust
Custodian FBO Steven Powell, MD
594 Lexington Drive
Greenville, NC 27834

Gemphire Therapeutics
Attn:  Officer/Managing Agent
17199 N Laurel Park, Suite 401
Livonia, MI 48152

Jack R. Bray
4222 Rambling Rose Lane
Rock Hill, SC 29732

Equity Trust Co, dba Sterling Trust
Custodian FBO Richard Zollinger, MD
P.O. Box 2526
Waco, TX 76702

Gerard Fiordalisi
38 Durham Road
New Hyde Park, NY 11040

James Antinore
908 Bremerton Dr.
Greenville, NC 27858

FastMed Urgent Care
Attn:  Officer/Managing Agent
935 Showtell Road, Suite 108
Clayton, NC 27520

Glenn D. Harris and Irma Fiordalisi
2553 Rector Corner Road
Marshall, NC 28753

James L. Costello
10 Brookhollow Drive
Downingtown, PA 19335

Ferdinand Massari
33 Crescent Ave.
Beverly, MA 01915

Graham V. Bynum, Jr.
901 Daventry Drive
Greenville, NC 27858

James M. Walker
159 Titleist Drive
Goldsboro, NC 27530

Frances W. Hasty
506 Chesapeake Place
Greenville, NC 27858

Gregory and Wendy Murphy
502 Queen Anne Rd.
Greenville, NC 27858

James O. Bond
1307 Kingsbrook Road
Greenville, NC 27858

Frank and Mary Cervi
168 Foxcroft Lane
Winterville, NC 28590

Hatteras Properties I, LLC
Attn:  Walter Perkins, Manager
P.O. Box 1602
Greenville, NC 27835

Jeffrey Hoggard
1776 Blue Banks Farm Road
Greenville, NC 27834

G. R. Chandler, III
2746 Sawgrass Circle
Madisonville, KY 42431

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John and Carolyn Reed
110 Kenilworth Rd.
Greenville, NC 27858

G. Ruffin Chandler, Jr.
P.O. Box 697
Madisonville, KY 42431

Ionis Pharmaceuticals, Inc.
Attn:  Officer/Managing Agent
2855 Gazelle Court
Carlsbad, CA 92010

Joseph H. Moglia
130 Vista Del Mar, #1-502
Myrtle Beach, SC 29572

Joseph Moglia
130 Vista Del Mar, #1-502
Myrtle Beach, SC 29572

Michael Weaver
803 Daventry Drive
Greenville, NC 27858

Pitt County
c/o Pitt County Development Comm
P.O. Box 837
Greenville, NC 27835

Joshua Schwartz
1623 Deep Run Road
Greenville, NC 27834

Myron Rex Teaney, III
608 Ontario Drive
Greenville, NC 27858

Pitt County Development Commiss
Attn: Officer/Managing Agent
111 South Washington Street
Greenville, NC 27858

Kathryn and Jeffrey Preuss
601 Jordan Drive
Greenville, NC 27834

NC Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

R. Dennis Steed
503 Carnoustie Drive
Greenville, NC 27858

Kenneth and Helen Pearson
400 Oxford Road
Greenville, NC 27858

Nick Rudd
117 East 29th Street, Apt. CA
New York, NY 10016

Richard and Mary Lovenberg
106 York Court
Chocowinity, NC 27817

Larry and Roberta Alligood
4271 Colony Square
Evans, GA 30809

Paul Harris
2461 NW 59th Street, Unit 703
Boca Raton, FL 33496

Robert Weeks
1260 California Street, #4
San Francisco, CA 94109

LiveVault
Attn: Officer/Managing Agent
P.O. Box 101748
Pasadena, CA 91189

Paul Kopf Profit Sharing Plan
Attn: Paul P. Kopf, Trustee
221 Grason Vista Drive
Queenstown, MD 21658

Roy T. Lilley
217 Cedar lane
Williamston, NC 27892

Mary Chandler
2620 Club Court
Madisonville, KY 42431

Perrin Jones
612 Ontario Drive
Greenville, NC 27858

Rudd Family, LLC
Attn: Officer/Managing Agent
P.O. Box 609
Madisonville, KY 42431

Maureen and Stephen Flounders
1658 Bowtree Drive
West Chester, PA 19380

Physicians East
Attn: Officer/Managing Agent
1850 W Arlington Blvd
Greenville, NC 27834

Sandra Buckman
314 Shady Banks Beach Road
Washington, NC 27889

Michael G. Smith
614 Lenox Road
Glen Ellyn, IL 60137-4251

Pitt Co. Attorney, Janis Gallagher
1717 W. 5th Street
Greenville, NC 27834

Sandra Jones
325 Oxford Road
Greenville, NC 27858

Securities & Exchange Com.
Office of Reorganization
950 East Paces Ferry Rd., Ste 900
Atlanta, GA 30326-1382

Walter J. Newman
408 Wexford Place
New Bern, NC 28562

Smithwick Enterprises
Attn:  Officer/Managing Agent
1589 West 5th Street
Washington, NC 27889

William D. Respess
2073 Cornerstone Drive
Winterville, NC 28590

Steven Prince
286 Madison Avenue, Suite 1705
New York, NY 10017

William F. Rienhoff IV
913 Drohomer Place
Baltimore, MD 21210

Super Shred
Attn:  Officer/Managing Agent
311 Stanton Road
Greenville, NC 27834

William Gerber
13252 Bedford Ave.
Omaha, NE 68164

The Rudd Family - Allen Rudd
P. O. Box 609
Madisonville, KY 42431

William Novotny
2301 Autumn Chase Court
Greenville, NC 27858

Theresa Holley
1699 Scarborough Road
Greenville, NC 27858

William S. Corbitt, III
1609 East 5th Street
Greenville, NC 27858

TheVax Genetics Vaccine, Inc.
c/o Aaron Thalwitzer, Esquire
257 N. Orlando Ave.
Cocoa Beach, FL 32931

William W. & Linda H. Bolt, JTWROS
209 Crow Hill Road
Troy, AL 36081

Thompson D. Litchfield, Jr.
407 Camellia Drive
Washington, NC 27889

Windstream Communications
Attn:  Officer/Managing Agent
1290 E Arlington Blvd, #105
Greenville, NC 27858

Vidant Medical Center
Attn:  Officer/Managing Agent
2100 Stantonsburg Road
Greenville, NC 27834

Zane Buckman
322 Isabella Avenue
Washington, NC 27889

## United States Bankruptcy Court
### Eastern District of North Carolina

In re    **CTMG, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CTMG, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 22, 2018**

Date

**/s/ Gerald A. Jeutter, Jr. NC State Bar No.**

**Gerald A. Jeutter, Jr. NC State Bar No. 17724**

Signature of Attorney or Litigant

Counsel for    **CTMG, Inc.**

**Gerald A. Jeutter, Jr., Attorney at Law PA**

**615 Oberlin Road, Suite 102**
**Post Office Box 12585**
**Raleigh, NC 27605**
**919-334-6631 Fax:919-833-9793**
**jeb@jeutterlaw.com**